LYNCH, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Thomas Lynch, Jr., against the New York, Ontario & Western Railway Company. J. Bright, for appellant. A. G. Vanderpoel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LYNOTT v. PEARSON. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Anne Lynott against Dane A. Pearson. No opinion. Motion denied with $10 costs. Order filed. See, also, 122 N. Y. Supp. 986.

McCARNEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Edward E. McCarney against the City of New York. W. J. Walsh, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

McCLATCHY et al., Respondents, v. J. B. MALCOLM & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by William McClatchy and another against J. B. Malcolm & Co.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

McDAVITT et al., Respondents, v. LAUTERBACH, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Edith L. McDavitt and others against Amanda F. Lauterbach. W. N. Cohen, for appellant. W. H. Hamilton, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McDONALD, Respondent, v. SOMERVILLE REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by James A. McDonald against the Somerville Realty Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

McEWEN BROS., Respondent, v. BILLINGS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by McEwen Bros. against Ledure Billings, impleaded with others. No opinion. Judgment and order affirmed, with costs.

McGOWAN, Appellant, v. BLAKE, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Julia McGowan against Johanna C. Blake. No opinion. Judgment affirmed, with costs. See, also, 134 App. Div. 165, 118 N. Y. Supp. 905.

McGUIRE, Respondent, v. SHEEHAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by James McGuire against John C. Sheehan and another. No opinion. Judgment and order unanimously affirmed, with costs.

McINTOSH, Respondent, v. McINTOSH, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Erminia C. McIntosh against David W. McIntosh. H. Wintner, for appellant. D. H. Solotaroff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McMONAGLE v. JOLINE et al. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Joseph McMonagle against Adrian H. Joline and another. No opinion. Application denied, with $10 costs. Order signed.

McNABB v. ALEXANDER TYPEWRITER CO. et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by John E. McNabb against the Alexander Typewriter Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 122 N. Y. Supp. 1135.

McNAMARA v. KEMP. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Michael McNamara against Arthur T. Kemp. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

McNAMARA v. VAN HOUTEN. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Frank McNamara against Erskine Van Houten. No opinion. Motion denied. Order filed.

MACOMBER, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Emma Macomber against William A. Norton, as executor, etc. No opinion. Judgment and order affirmed, with costs.

MACOMBER, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Emma Macomber against William A. Norton, as executor, etc. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

MACREA, Respondent, v. GOTHAM RUBBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Charles Macrea against the Gotham Rubber Company. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 113 App. Div. 455, 99 N. Y. Supp. 373.

McRORIE, Respondent, v. MONROE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by William H. McRorie, an infant, etc., against William H. Monroe. No opinion. Judgment and order affirmed, with costs.